## James J. BOLEY, Appellant,

### v.

## STATE of Missouri, Respondent.

### WD 79967

Missouri Court of Appeals, Western District.

Filed June 27, 2017

Motion for Rehearing and/or Transfer to Supreme Court Denied August 1, 2017

Application for Transfer to Supreme Court Denied October 31, 2017

James Boley, Mineral Point, Appellant pro se.

Dora Fichter, Jefferson City for respondent.

Before Division Four: Mark D. Pfeiffer, Chief Judge, Presiding, Lisa White Hardwick and Edward R. Ardini, Jr. Judges

### ORDER

Per Curiam

James Boley appeals from the judgment denying his Rule 29.15 motion for post-conviction relief after he was convicted of conspiracy to promote and facilitate first-degree murder. Boley contends the motion court erred in denying his motion as a successive motion without addressing its merits. Upon review of the briefs and the record, we find no error and affirm the judgment. Because a published opinion would have no precedential value, we have provided the parties with a Memorandum explaining the reasons for our decision.

AFFIRMED. Rule 84.16(b)